IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CZARNIKOW GROUP LIMITED,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>M/V ELEGANT SW (IMO 9450167), her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,<br><br>　　　　　　　　　Defendant. | IN ADMIRALTY<br><br>CASE NO.: 2:23-cv-01807-BJR<br><br>**ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST** |

Having reviewed the Verified Complaint and supporting papers, and the Court finding that the conditions for an action in rem under Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions appear to exist, it is

**ORDERED** that the Clerk shall issue a warrant of maritime arrest as prayed for in the Verified Complaint; and it is further

**ORDERED** that the warrant of maritime arrest shall provide for the crew of the M/V ELEGANT SW to be allowed to remain on the vessel during the time the vessel is in custody; and it is further

**ORDERED** that the United States Marshal and/or any Substitute Custodian, which is subsequently appointed by this Court, is authorized to allow M/V ELEGANT SW to conduct normal cargo operations, both discharging and loading, repair works, and to shift berths (consistent with the U.S. Marshal's requirements), always remaining within this judicial

ORDER DIRECTING
ISSUANCE OF WARRANT OF ARREST - 1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

district, and always at the risk and expense of the vessel's interests; and it is further

**ORDERED** that any person claiming an interest in the property arrested shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with the warrant of maritime arrest.

DATED this 27th day of November, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

NICOLL BLACK & FEIG, PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA #44138
*Attorneys for Plaintiff*

ORDER DIRECTING
ISSUANCE OF WARRANT OF ARREST - 2

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555