<b>THE HONORABLE BARABRA J. ROTHSTEIN</b>

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CZARNIKOW GROUP LIMITED,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>M/V ELEGANT SW (IMO 9450167), her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,<br><br>　　　　　　　　　　Defendant. | IN ADMIRALTY<br><br>CASE NO.: 2:23-CV-01807-BJR<br><br>**ORDER RELEASING VESSEL** |

Having considered the plaintiff's Motion for Release of Vessel, and good cause appearing, it is hereby:

**ORDERED** that the plaintiff's Motion for Release of Vessel is granted; and it is further

**ORDERED** that defendant M/V ELEGANT SW is released from the custody of the U.S. Marshal and Substitute Custodian.

DATED this 12th day of December, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER RELEASING VESSEL - 1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1  Presented by:

2
   NICOLL BLACK & FEIG, PLLC
3

4
     */s/ Jeremy B. Jones*
5  Jeremy B. Jones, WSBA No. 44138
   *Attorneys for Plaintiff*

ORDER RELEASING VESSEL - 2

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555